UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN COMPANIES INC., MARSH USA LLC, MERCER (US) LLC, and MARSH & MCLENNAN AGENCY LLC,

                    Plaintiffs,

-against-

HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, and RICHARD LENNERTH,

                    Defendants.

Case No. 1:25-cv-09130 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       The Court will hold a conference to discuss Plaintiffs' Application for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, Dkt. 52, and any related briefing and hearing schedule on **November 19, 2025, at 10:00 a.m.** by video on Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 262 566 23#. Conference information will be provided.

Dated: November 17, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge