UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN COMPANIES INC., MARSH USA LLC, MERCER (US) LLC, and MARSH & MCLENNAN AGENCY LLC,

                Plaintiffs,

-against-

HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, and RICHARD LENNERTH,

                Defendants.

Case No. 1:25-cv-09130 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       On November 19, 2025, the parties appeared before this Court for a virtual hearing to discuss Plaintiffs' Application for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, Dkt. 52 ("Preliminary Injunction Motion"), and Defendants' related motion to stay consideration of Plaintiffs' request until Defendants file, and this Court rules on, their motions to dismiss, *see* Dkts. 72, 74. For the reasons set forth on the record, the Court DENIED Plaintiffs' request for a temporary restraining order, as well as Defendants' request for a stay.

       The briefing schedule for the parties' motions will be as follows:

1. Defendants are to submit a joint letter (not to exceed 5 pages in length) articulating their position on expedited discovery related to the Preliminary Injunction Motion by **November 21, 2025**.

2. Plaintiffs are to submit their response letter (not to exceed 5 pages in length) regarding expedited discovery by **November 24, 2025**.

3. Defendants are to submit any motions to dismiss by **December 12, 2025**. Oppositions to the Preliminary Injunction Motion must also be submitted by that date.

4. Plaintiffs are to submit their opposition to any motions to dismiss, as well as any reply in support of their Preliminary Injunction Motion by **January 9, 2026**.

5. Defendants are to submit any replies in support of their motions to dismiss by **January 23, 2026**.

6. The Court will hold a preliminary injunction hearing on **February 12, 2026, at 11:30 a.m.**, in Courtroom 20B of the of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

The Clerk of the Court is respectfully directed to terminate the letter motion at Dkt. 74.

Dated: November 19, 2025
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge