UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN COMPANIES
INC., MARSH USA LLC, MERCER (US)
LLC, and MARSH & MCLENNAN
AGENCY LLC,

                Plaintiffs,

       -against-

HOWDEN US SERVICES, LLC, HOWDEN
US SPECIALTY, LLC, ALFRED
GRONOVIUS, ANDREA AMODEO,
CARLOS SERIO, GIOVANNI PEREZ,
JANETTE WILCOX, NATHAN COLLINS,
and RICHARD LENNERTH,

                Defendants.

Case No. 1:25-cv-09130 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 13, 2025, Plaintiffs submitted a request for expedited discovery in support of their motion for a preliminary injunction. Dkt. 60 at 29-30. At the Court's instruction, Defendants submitted their opposition to Plaintiffs' request on November 21, 2025. Dkt. 83. On November 24, 2025, Defendants filed their reply. Dkt. 91.

The Court will hold a virtual conference to address this matter on **December 1, 2025, at 2:00 p.m.** via Teams video conference. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 612 831 444#.

Dated: November 26, 2025
      New York, New York

                       SO ORDERED.

                     _____
                     JENNIFER L. ROCHON
                     United States District Judge