UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN COMPANIES
INC., MARSH USA LLC, MERCER (US)
LLC, and MARSH & MCLENNAN
AGENCY LLC,

                          Plaintiffs,

            -against-                              Case No. 1:25-cv-09130 (JLR)

HOWDEN US SERVICES, LLC, HOWDEN            **ORDER**
US SPECIALTY, LLC, ALFRED
GRONOVIUS, ANDREA AMODEO,
CARLOS SERIO, GIOVANNI PEREZ,
JANETTE WILCOX, NATHAN COLLINS,
and RICHARD LENNERTH,

                          Defendants.

JENNIFER L. ROCHON, United States District Judge:

    On December 1, 2025, the parties appeared before this Court for a virtual hearing to

discuss Plaintiffs' Request for Expedited Discovery.  Dkt. 52.  For the reasons set forth on the

record, the Court DENIES Plaintiffs' request for expedited discovery.

Dated:  December 1, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge