UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & MCLENNAN COMPANIES INC., MARSH USA LLC, MERCER (US) LLC, AND MARSH & MCLENNAN AGENCY LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, RICHARD LENNERTH,<br><br>    Defendants. | No. 1:25-CV-9130 (JLR)<br><br>**NOTICE OF DEFENDANTS ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, AND RICHARD LENNERTH'S MOTION TO DISMISS** |

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and all pleadings herein, Defendants Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth will move this Court before the Hon. Jennifer L. Rochon, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing, with prejudice and without leave to replead, plaintiffs' first amended complaint, and for such other, further, and different relief as the Court deems appropriate..

4913-7746-8801\1

.

| | |
|---|---|
| Dated: New York, New York<br>December 12, 2025 | DORSEY & WHITNEY LLP<br><br>By /s/ *Jeremey E. Deutsch*<br>    Jeremy E. Deutsch<br>    Krista E. Bolles<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 415-9238<br>deutsch.jeremy@dorsey.com<br>bolles.krista@dorsey.com<br><br>-and-<br><br>Kathryn A. Johnson (*pro hac vice*)<br>50 South 6th Street, Suite #1500<br>Minneapolis, MN 55402<br>(612) 492-6613<br>johnson.kate@dorsey.com<br><br>*Attorneys for Defendants Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth* |