UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & MCLENNAN COMPANIES, INC., MARSH USA LLC, MERCER (US) LLC, and MARSH & MCLENNAN AGENCY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, and RICHARD LENNERTH,<br><br>Defendants. | Case No. 1:25-cv-09130-JLR<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS HOWDEN US SERVICES, LLC'S
AND HOWDEN US SPECIALTY, LLC'S MOTION TO DISMISS**

Defendants Howden US Services, LLC and Howden US Specialty, LLC (together, "Howden") respectfully move to dismiss Howden from Plaintiffs' Amended Complaint (ECF 34) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

In support of this Motion, Howden submits the accompanying Memorandum of Law and the Declaration of Richard J. Rabin, with accompanying Exhibits. For the reasons stated therein, Howden respectfully requests that this Court dismiss Count VII of the Amended Complaint against Howden, *with prejudice*; decline to exercise supplemental jurisdiction over Counts V, VI, and VIII-XIII against Howden in accordance with 28 U.S.C. § 1367(c); and provide such other and further relief as this Court deems proper.

1

| | |
|---|---|
| Dated: December 12, 2025<br>New York, New York | Respectfully submitted,<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By:  _/s/ Richard J. Rabin_<br>Richard J. Rabin<br>Michael Kahn<br>Katherine Porter<br>One Bryant Park<br>New York, New York 10036<br>Telephone:  (212) 872-1000<br>Facsimile:   (212) 872-1002<br>rrabin@akingump.com<br>mkahn@akingump.com<br>kporter@akingump.com<br><br>Robert G. Lian, Jr. (*pro hac vice admission*)<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 887-4358<br>Facsimile: (202) 887-4288<br>blian@akingump.com<br><br>Laura P. Warrick (*pro hac vice admission*)<br>2300 N. Field St., Suite 1800<br>Dallas, TX 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343<br>lwarrick@akingump.com<br><br>*Attorneys for Defendants Howden US Services, LLC and Howden US Specialty, LLC* |