**GIBSON DUNN**

Amanda C. Machin
Of Counsel
T: +1 202.887.3705
M: +1 773-330-3792
AMachin@gibsondunn.com

January 14, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007-1312

Re:   *Marsh & McLennan Companies Inc. et al. v. Howden US Services, LLC, et al.*,
      Case No. 25-cv-9130-JLR (S.D.N.Y.)
      Letter Requesting Use of Electronic Devices During Initial Pretrial Conference

Dear Judge Rochon:

      We represent Plaintiffs Marsh & McLennan Companies Inc., Marsh USA LLC, Mercer (US) LLC, and Marsh & McLennan Agency LLC ("Marsh McLennan," collectively) in the above-captioned action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, Section 6.A., and this Court's Standing Order M10-468, Plaintiffs respectfully request that the individuals listed in the attached proposed order be permitted to bring electronic devices into the Courthouse and use Wi-Fi during the Initial Pretrial Conference on January 20, 2026, at 2:00 p.m. Devices will be kept on silent at all times.

      Thank you for your attention to this matter.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


  */s/ Amanda C. Machin*
AMANDA C. MACHIN
Of Counsel

ACM