**GIBSON DUNN**

Amanda C. Machin
Of Counsel
T: +1 202.887.3705
M: +1 773-330-3792
AMachin@gibsondunn.com

January 19, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007-1312

Re:   Joint Letter in *Marsh & McLennan Companies, Inc. et al. v. Howden US Services, LLC, et al.*, Case No. 25-cv-9130

Dear Judge Rochon:

Pursuant to Rule 2(B) of this Court's Individual Rules of Practice in Civil Cases, below please find a list of the names, telephone numbers, and email addresses of counsel who may speak during the January 20, 2026 conference in the above captioned case.

For Plaintiffs Marsh & McLennan Companies, Inc. *et al.*:

- Amanda C. Machin | 202-887-3705 | AMachin@gibsondunn.com
- Amanda L. LeSavage | 212-351-5380 | ALeSavage@gibsondunn.com

For Defendants Howden US Services, LLC *et al.*:

- Katherine Porter | 212-872-7467 | kporter@akingump.com
- Robert Lian | 202-887-4358 | blian@akingump.com

For Defendants Amodeo, Serio, Perez, Wilcox, Collins, and Lennerth:

- Jeremy Deutsch | 212-415-9238 | deutsch.jeremy@dorsey.com
- Krista Bolles | 212-415-9304 | bolles.krista@dorsey.com

For Defendant Gronovius:

- Kevin McCoy | 813-229-4272 | kmccoy@carltonfields.com
- Michael Yaeger | 212-380-9623 | myaeger@carltonfields.com

Hon. Jennifer L. Rochon                                                                               January 19, 2026
Southern District of New York                                                                 Page 2

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP


  */s/ Amanda C. Machin*
AMANDA C. MACHIN
Of Counsel

ACM