**CARLTON FIELDS**

**ATTORNEYS AT LAW**

730 Third Avenue | 19th Floor
New York, New York 10017
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
Minneapolis
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

Amrit P. Singh
Associate
212.380.9653 Direct Dial
asingh@carltonfields.com

February 9, 2026

**VIA ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re:    **Marsh USA LLC, et al. v. Gronovius, et al.**
              **Case No. 25-cv-9130-JLR**

Dear Judge Rochon:

    We represent Defendant Alfred Gronovius in the above-referenced matter. Pursuant to Your Honor's Individual Rule of Practice in Civil Cases 6(A) and the Court's Standing Order M10-468, Defendant Alfred Gronovius respectfully requests that the individuals listed in the attached proposed order be permitted to bring the designated electronic devices into the Courthouse during the Preliminary Injunction Hearing on February 12, 2026 at 11:30 a.m. Devices will be kept on silent at all times.

    Respectfully submitted,

    */s/ Amrit P. Singh*

    Amrit P. Singh