UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & MCLENNAN COMPANIES, INC., MARSH USA LLC, MERCER (US) LLC, and MARSH & MCLENNAN AGENCY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOWDEN US SERVICES, LLC, HOWDEN SPECIALTY, LLC, ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, and RICHARD LENNERTH,<br><br>Defendants. | Case No.: 1:25-cv-09130-JLR |

**DEFENDANT ALFRED GRONOVIUS'S NOTICE OF SERVICE**

Under Federal Rule of Civil Procedure 5(d)(1) and Southern District of New York Electronic Case Filing Rule 6.7, Defendant Alfred Gronovius hereby gives notice that on February 20, 2026, the undersigned counsel caused the unredacted copy of ECF No. 177-1, to be served on all counsel of record via email at: Harris M. Mufson (hmufson@gibsondunn.com); Lee R. Crain (lcrain@gibsondunn.com); Amanda L. LeSavage (alesavage@gibsondunn.com); Kelly Herbert (kherbert@gibsondunn.com); Jason C. Schwartz (jschwartz@gibsondunn.com); Ryan C. Stewart (rstewart@gibsondunn.com); Amanda C. Machin (amachin@gibsondunn.com); Catherine McCaffrey (CMcCaffrey@gibsondunn.com); Nicole Santora (NSantora@gibsondunn.com); Karl G. Nelson (knelson@gibsondunn.com); Rachel W. Robertson (rrobertson@gibsondunn.com); Brian Richman (brichman@gibsondunn.com); Krista Bolles (bolles.krista@dorsey.com); Jeremy Deutsch (deutsch.jeremy@dorsey.com); Kate Johnson (johnson.kate@dorsey.com); Michael

1

Kahn (mkahn@akingump.com); Bob Lian (blian@akingump.com); Katherine Porter (kporter@akingump.com); Richard Rabin (rrabin@akingump.com); and Laura Warrick (lwarrick@akingump.com).

Dated: February 20, 2026

                                                  Respectfully submitted,

                                                  CARLTON FIELDS, P.A.

By:   /s/ *Kevin P. McCoy*
       Kevin P. McCoy

       Kevin P. McCoy (admitted *pro hac vice*)
       David R. Wright (admitted *pro hac vice*)
       4221 W. Boy Scout Blvd., Ste. 1000
       Tampa, FL 33603
       Telephone: 813-223-7000
       Fax: 813-229-4133
       Email: kmccoy@carltonfields.com
               dwright@carltonfields.com

       Michael L. Yaeger
       730 3rd Ave., 19th Fl.
       New York, NY 10017
       Telephone: 212-785-2577
       Fax: 212-785-5203
       Email: myaeger@carltonfields.com

       Steven J. Brodie
       700 NW 1st Avenue, Ste. 1200
       Miami, FL 33136
       Telephone: 305-539-7302
       Fax: 305-530-0055
       Email: sbrodie@carltonfields.com

       *Attorneys for Defendant Alfred Gronovius*