**GIBSON DUNN**

Harris M. Mufson
Partner
T: +1 212.351.3805
M: +1 917.922.1740
hmufson@gibsondunn.com

March 10, 2026

<u>VIA ECF</u>

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007-1312

Re:  *Marsh & McLennan Companies Inc., et al.. v. Howden US Services, LLC et al.*,
No. 25-cv-9130-JLR
Filing Public Versions of Documents Previously Filed Provisionally Under Seal

Dear Judge Rochon:

We represent Plaintiffs Marsh & McLennan Companies Inc., Marsh USA LLC, Mercer (US) LLC, and Marsh & McLennan Agency LLC ("Marsh McLennan," collectively) in the above-referenced action. Pursuant to the Court's Opinion and Order dated February 24, 2026, granting the parties' motions to seal, *see* Dkt. No. 181 at 31-33, Marsh McLennan files public versions of the documents it filed provisionally under seal on February 9, 2026, *see* Dkt. No. 167. These public versions reflect the redactions Marsh McLennan proposed in its motion to seal, *see* Dkt. No. 162, and the redactions proposed in Defendant Gronovius and non-party Lugones's motion to seal, *see* Dkt. No. 177.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP


/s/ *Harris M. Mufson*_____
Harris M. Mufson

HMM