UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA LLC, ET AL.,<br><br>      Plaintiffs,<br><br> v.<br><br>GRONOVIUS, ET AL.,<br><br>      Defendants. | Case No. 1:25-cv-09130-JLR |

**JOINT STIPULATION AND [PROPOSED] ORDER**

This stipulation (the "Stipulation") is entered into by and between Defendants Howden US Services, LLC and Howden US Specialty, LLC (together, "Howden"), and Alfred Gronovius, Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth (collectively, the "Individual Defendants" and, together with Howden, the "Defendants") and Marsh & McLennan Companies, Inc., Marsh USA LLC, Mercer (US) LLC, and Marsh & McLennan Agency LLC (together, "Plaintiffs" and together with the Defendants, the "Parties") in the above-captioned proceeding.  Each of the Parties agrees and stipulates to the following:

**WHEREAS,** on February 24, 2026, the Court entered a preliminary injunction order [ECF No. 180] (the "Order");

**WHEREAS,** the Order provides that each Defendant "must certify that it has conducted a good-faith search for and returned all Marsh Confidential Information with a sworn certification within twenty-one (21) calendar days of this Order" (Marsh Confidential Information as defined in the Order), and the deadline under the Order is therefore March 17, 2026;

**WHEREAS,** Defendants, in consultation with Plaintiffs, promptly conducted searches for Marsh Confidential Information in compliance with the Order;

1

**WHEREAS**, Defendants require more than 21 days to complete this process in light of the volume of documents to be searched;

**WHEREAS**, Defendants have offered to provide a rolling return of Marsh Confidential Information as they conduct their review, as well as to provide reasonable updates about the progress of their review;

**WHEREAS**, the Parties agree that all other rights, remedies, and issues including but not limited to those based on any potential disclosure or use of documents or any other issue in respect of Marsh Confidential Information are preserved and are not addressed by this Stipulation;

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT:**

The deadline under the Order for each Defendant to certify that it has conducted a good-faith search for and returned all Marsh Confidential Information with a sworn certification is extended until April 7, 2026.

**SO STIPULATED:**

Dated: March 13, 2026

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By: /s/ *Richard J. Rabin*<br>Richard J. Rabin<br>Michael Kahn<br>Katherine Porter<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br>rrabin@akingump.com<br>mkahn@akingump.com<br>kporter@akingump.com<br><br>Robert G. Lian, Jr. (admitted *pro hac vice*)<br>2001 K Street, N.W. | By: /s/ *Amanda C. Machin*<br>Harris M. Mufson<br>Lee R. Crain<br>Kelly Herbert<br>Amanda L. LeSavage<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-3805<br>hmufson@gibsondunn.com<br><br>Jason C. Schwartz (admitted *pro hac vice*)<br>Ryan C. Stewart (admitted *pro hac vice*)<br>Amanda C. Machin (admitted *pro hac vice*) |

| | |
|---|---|
| Washington, D.C. 20006<br>(202) 887-4358<br>blian@akingump.com | Catherine McCaffrey<br>Nicole Santora<br>1700 M Street, NW<br>Washington, DC 20036 |
| Laura P. Warrick (admitted *pro hac vice*)<br>2300 N. Field St., Suite 1800<br>Dallas, TX 75201<br>(214) 969-2800<br>lwarrick@akingump.com | Karl G. Nelson (admitted *pro hac vice*)<br>Rachel W. Robertson (admitted *pro hac vice*)<br>Brian Richman<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201 |
| *Attorneys for Defendants Howden US Services, LLC and Howden US Specialty, LLC* | *Attorneys for Plaintiffs* |

**DORSEY & WHITNEY LLP**

By: /s/ *Kathryn A. Johnson*
Jeremy E. Deutsch
Krista E. Bolles
51 West 52nd Street
New York, NY 10019
(212) 415-9238
deutsch.jeremy@dorsey.com
bolles.krista@dorsey.com

 -and-

Kathryn A. Johnson (admitted *pro hac vice*)
50 South 6th Street, Suite #1500
Minneapolis, MN 55402
(612) 492-6613
johnson.kate@dorsey.com

*Attorneys for Defendants Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth*

**CARLTON FIELDS, P.A.**

By: /s/ *Mac R. McCoy*
Kevin P. McCoy (admitted *pro hac vice*)
David R. Wright (admitted *pro hac vice*)
Mac R. McCoy (admitted *pro hac vice*)
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
(813) 223-7000
kmccoy@carltonfields.com

dwright@carltonfields.com
mmccoy@carltonfields.com

Michael L. Yaeger
730 3rd Ave., 19th Fl.
New York, NY 10017
(212) 785-2577
myaeger@carltonfields.com

Steven J. Brodie
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136
(305) 539-7302
sbrodie@carltonfields.com

*Attorneys for Defendant Alfred Gronovius*

**IT IS SO ORDERED** this __16__ day of March, 2026.

*Jennifer Rochon*
_____
THE HONORABLE JENNIFER L. ROCHON
United States District Judge