# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARSH USA LLC, ET AL.,

                     Plaintiffs,

   - vs -

GRONOVIUS, ET AL.,

                     Defendants.

Civil Action No. 1:25-cv-09130-JLR

## DEFENDANTS HOWDEN US SERVICES, LLC AND HOWDEN US SPECIALTY, LLC NOTICE OF COMPLIANCE

Defendants Howden US Services, LLC and Howden US Specialty, LLC hereby respectfully notify the Court of their ongoing process to comply with the Court's February 24, 2026 preliminary injunction order (ECF No. 180), as set forth in the declaration of Richard Rabin, attached hereto as Exhibit A.

Dated: April 7, 2026

                     AKIN GUMP STRAUSS HAUER & FELD LLP

                      /s/ Richard J. Rabin___
                     Richard J. Rabin
                     Michael Kahn
                     Katherine Porter
                     One Bryant Park
                     New York, New York 10036
                     (212) 872-1000
                     rrabin@akingump.com
                     mkahn@akingump.com
                     kporter@akingump.com

                     Robert G. Lian, Jr. (admitted *pro hac vice*)
                     2001 K Street, N.W.
                     Washington, D.C. 20006
                     (202) 887-4358
                     Blian@akingump.com

1

Laura P. Warrick (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, TX 75201
(214) 969-2800
lwarrick@akingump.com

*Attorneys for Defendants Howden US Services, LLC
and Howden US Specialty, LLC*

2