# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARSH USA LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PARRISH, ET AL.,<br><br>Defendants. | Case No. 1:25-cv-06208-GBD-GS |
| MARSH USA LLC, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ALFRED GRONOVIUS, ET AL.,<br><br>Defendants. | Case No. 1:25-cv-09130-JLR |

**JOINT STIPULATION AND [PROPOSED] ORDER**

This stipulation ("Stipulation") is entered into by and between the Parties in *Marsh USA LLC v. Parrish*, et al., No. 25-cv-6208-GBD-GS (S.D.N.Y.) (the "*Parrish* Action") and *Marsh & McLennan Companies Inc.*, et al. *v. Alfred Gronovius*, et al., No. 25-cv-9130-JLR (S.D.N.Y.) (the "*Gronovius* Action," and together with *Parrish* Action, "Actions"). Specifically, this Stipulation is entered by and between the following Parties:

- Marsh USA LLC, Marsh & McLennan Companies Inc., Mercer (US) LLC, and Marsh & McLennan Agency (the "*Gronovius* Plaintiffs" or "Marsh"; with Marsh USA LLC also being the "*Parrish* Plaintiff");

- Michael Parrish, Giselle Lugones, Julie Layton, and Robert Lynn ("*Parrish* Defendants"); and

1

- Howden US Services, LLC and Howden US Specialty, LLC (together, "Howden"); and Alfred Gronovius, Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth (with Howden, "*Gronovius* Defendants");

Each of the Parties to this Stipulation agrees and stipulates to the following:

**WHEREAS**, on July 29, 2025, Marsh USA LLC (the *Parrish* Plaintiff) commenced the *Parrish* Action against the *Parrish* Defendants [ECF No. 1];

**WHEREAS**, pursuant to the Order Regarding Case Management Plan entered in the *Parrish* Action on October 3, 2025 [ECF No. 146] ("*Parrish* Case Management Plan"), fact discovery is scheduled to close on May 1, 2026; affirmative expert disclosures and reports are scheduled to be exchanged on May 8, 2026; rebuttal expert disclosures and reports are scheduled to be exchanged on May 22, 2026; and expert discovery is scheduled to close on June 12, 2026;

**WHEREAS**, on November 3, 2025, Marsh USA LLC, later joined by the other *Gronovius* Plaintiffs, commenced the *Gronovius* Action against Alfred Gronovius, Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth [ECF No. 1];

**WHEREAS**, on November 10, 2025, the *Gronovius* Plaintiffs filed the First Amended Complaint to add Howden US Services, LLC and Howden US Specialty, LLC as defendants in the *Gronovius* Action [ECF No. 34];

**WHEREAS**, pursuant to the Civil Case Management Plan and Scheduling Order entered in the *Gronovius* Action on January 20, 2026 [ECF No. 149], fact discovery shall be completed no later than July 1, 2026; expert disclosures shall be made no later than July 8, 2026; all expert discovery, including expert reports and depositions, shall be completed no later than August 28, 2026; and all discovery must be completed no later than August 28, 2026;

**WHEREAS**, the Parties have stipulated and agreed to consolidate the Actions for discovery purposes; and

**WHEREAS**, the Parties have stipulated and agreed to an amended discovery schedule to govern both Actions, without prejudice to Marsh's position that the Actions should further be consolidated for discovery purposes with *Marsh & McLennan Agency v. Charles Baxter Southern III*, 25-cv-9080 (JLR) (S.D.N.Y.);

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED** that the Actions are consolidated for all discovery purposes pursuant to Federal Rule of Civil Procedure 42;

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** that the consolidated schedule for discovery in the Actions shall be as follows: fact discovery shall close on **September 30, 2026**; affirmative expert disclosures and reports shall be exchanged no later than **October 9, 2026**; rebuttal expert disclosures and reports shall be exchanged no later than **November 13, 2026**; expert discovery, including expert reports and depositions, shall be completed on **December 11, 2026**; and all discovery shall close on **December 11, 2026;**

**IT IS FURTHER STIPULATED, AGREED AND ORDERED** that all further discovery-related submissions and filings in the Actions will bear both case captions.

**SO STIPULATED:**

Dated: April 17, 2026

| | |
|---|---|
| **CARLTON FIELDS, P.A.** | **DORSEY & WHITNEY LLP** |

By:    */s/ Kevin P. McCoy*
Kevin P. McCoy (admitted *pro hac vice*)
David R. Wright (admitted *pro hac vice*)
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
(813) 223-7000
kmccoy@carltonfields.com
dwright@carltonfields.com

Michael L. Yaeger
730 3rd Ave., 19th Fl.
New York, NY 10017
(212) 785-2577
myaeger@carltonfields.com

Steven J. Brodie (admitted *pro hac vice*)
700 NW 1st Avenue, St. 1200
Miami, FL 33136
(305) 539-7302
sbrodie@carltonfields.com

*Attorneys for Michael Parrish, Giselle Lugones, Robert Lynn, and Alfred Gronovius*

By:    */s/ Kathryn A. Johnson*
Jeremy E. Deutsch
Krista E. Bolles
51 West 52nd Street
New York, NY 10019
(212) 415-9238
deutsch.jeremy@dorsey.com
bolles.krista@dorsey.com

Ryan E. Mick (admitted *pro hac vice*)
Kathryn A. Johnson (admitted *pro hac vice*)
50 South 6th Street, Suite #1500
Minneapolis, MN 55402
(612) 492-6613
mick.ryan@dorsey.com
johnson.kate@dorsey.com

*Attorneys for Julie Layton, Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth*

4

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  */s/ Richard J. Rabin*
Richard J. Rabin
Michael Kahn
Katherine Porter
One Bryant Park
New York, New York 10036
(212) 872-1000
rrabin@akingump.com
mkahn@akingump.com
kporter@akingump.com

Robert G. Lian, Jr. (admitted *pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4358
blian@akingump.com

Laura P. Warrick (admitted *pro hac vice*)
2300 N. Field St., Suite 1800
Dallas, TX 75201
(214) 969-2800
lwarrick@akingump.com

*Attorneys for Howden US Services, LLC
and Howden US Specialty, LLC*

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Harris M. Mufson*
Harris M. Mufson
Lee R. Crain
Kelly Herbert
Amanda L. LeSavage
200 Park Avenue
New York, NY 10166
(212) 351-3805
hmufson@gibsondunn.com

Jason C. Schwartz (admitted *pro hac vice*)
Ryan C. Stewart (admitted *pro hac vice*)
Amanda C. Machin (admitted *pro hac vice*)
Catherine McCaffrey
Nicole Santora
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
jschwartz@gibsondunn.com

Karl G. Nelson (admitted pro *hac vice*)
Rachel W. Robertson (admitted *pro hac vice*)
Brian Richman
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
knelson@gibsondunn.com
(214) 698-3100

*Attorneys for Marsh USA LLC, Marsh & McLennan Companies Inc., Mercer (US) LLC, and Marsh & McLennan Agency LLC*

5

**IT IS SO ORDERED** this _____ day of April, 2026.

THE HONORABLE GEORGE B. DANIELS
United States District Judge

**IT IS SO ORDERED** this _____ day of April, 2026.

THE HONORABLE JENNIFER L. ROCHON
United States District Judge