Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



**Richard J. Rabin**
+1 212.872.1086/fax: +1 212.872.1002
rrabin@akingump.com

April 23, 2026

VIA ELECTRONIC COURT FILING

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:    *Marsh USA LLC, et al. v. Gronovius, et al.*, No. 1:25-cv-09130-JLR – Proposed
       Stipulation Related to Removal of Marsh Confidential Information under Order

Dear Judge Rochon:

Defendants Howden US Services, LLC and Howden US Specialty, LLC (collectively, "Howden") respectfully write, with permission of Marsh & McLennan Companies, Inc., Marsh USA LLC, Mercer (US) LLC, and Marsh & McLennan Agency LLC (collectively, "Plaintiffs"), to provide a jointly-proposed stipulation to govern the "removal," by Howden, of "Marsh Confidential Information" under the Court's Preliminary Injunction Order [ECF No. 180] (the "Order").

As previously previewed by the parties [ECF No. 221], Howden and Plaintiffs have met and conferred and reached an agreement regarding a process to address documents that may arguably fall within the definition of "Marsh Confidential Information" but that Howden believes should not be removed "from any devices or files in possession of Howden" for various reasons. That process is set forth in the enclosed stipulation.

Accordingly, Howden and Plaintiffs respectfully request that the Court so-order the enclosed stipulation. This request is made only on behalf of Howden, and not any other defendants. This is Howden and Plaintiffs' first request for the relief requested herein.

Respectfully submitted,
*/s/ Richard J. Rabin*
Richard. J. Rabin

CC:    All Counsel of Record