**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARSH USA LLC, ET AL.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>GRONOVIUS, ET AL.,<br><br>                              Defendants. | Case No. 1:25-cv-09130-JLR-GS |

| | |
|---|---|
| MARSH USA LLC.,<br><br>                              Plaintiff,<br><br>        v.<br><br>PARRISH, ET AL.,<br><br>                              Defendants. | Case No. 1:25-cv-06208-GBD-GS |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING**
**COORDINATION OF DISCOVERY**

This stipulation (the "Stipulation") is entered into by and between (i) Defendants Howden

US Services, LLC and Howden US Specialty, LLC (collectively, "Howden"); Alfred Gronovius,

Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard

Lennerth; and Plaintiffs Marsh & McLennan Companies, Inc., Marsh USA LLC, Mercer (US)

LLC, and Marsh & McLennan Agency LLC, in the  proceeding captioned *Marsh USA LLC, et al.*

*v. Gronovius, et al.*, Case No. 1:25-cv-09130-JLR (S.D.N.Y.) ("Gronovius Action"), and (ii)

Defendants Michael Parrish, Giselle Lugones, Robert Lynn, and Julie Layton, and Plaintiff Marsh

USA, LLC in *Marsh USA LLC v. Parrish, et al.*, Case No. 1:25-cv-06208-GBD-GS (S.D.N.Y.)

1

(the "Parrish Action" and, together with the Gronovius Action, the "Actions").  Each of the Parties to this Stipulation agrees and stipulates as follows:

WHEREAS, the Court ordered that Magistrate Judge Gary Stein would coordinate discovery for both Actions (*Gronovius*, ECF No. 225) and assigned both Actions to Magistrate Judge Stein for General Pretrial purposes, including scheduling, discovery, non-dispositive pretrial motions, and settlement (*see* ECF No. 226);

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT:**

i.    All discovery served, taken, or responded to in one Action, including written discovery and oral deposition testimony, may be used in the other Action on the same basis as if the discovery was served, taken, or responded to in that Action; provided, however, that this stipulation does not otherwise alter rules and standards governing authentication, admissibility, relevance, or other rules governing the admission of evidence.

ii.    Except as otherwise agreed by the Parties or ordered by the Court, each fact witness deponent shall be deposed only one (1) time across both Actions, and each such deposition shall be limited to seven (7) hours of testimony on the record, in accordance with Federal Rule of Civil Procedure 30(d)(1).

iii.    Counsel for each Party shall be entitled to participate in each deposition taken in either Action.  The counsel who defends the deponent shall be responsible for asserting objections on behalf of that counsel's clients.  Counsel for all other parties in attendance at the deposition, except for the party whose counsel is taking the deposition, shall be deemed to have joined that objection without having to restate it on behalf of his, hers, or its client. For avoidance of doubt, any Party's counsel may assert any permissible objection, including privilege objections/instructions.

iv.    The Parties agree that each side may take a preliminary Rule 30(b)(6) deposition of one or more corporate parties ("the Preliminary 30(b)(6)") of up to four (4) hours in length, which shall

2

count toward the time limit for any Rule 30(b)(6) deposition but shall not count as a separate Rule 30(b)(6) deposition.  The Parties further agree that the seven (7) hour default limitation under Federal Rule of Civil Procedure 30(d)(1) shall not apply to Rule 30(b)(6) depositions of corporate parties.  In light of the number of defendants, the breadth of issues, and the scope of the Actions, the Parties agree to meet and confer after the completion of the Preliminary 30(b)(6) deposition(s) to agree on an appropriate time limit for any remaining Rule 30(b)(6) testimony.

**SO STIPULATED:**
Dated: May 22, 2026

| **AKIN GUMP STRAUSS HAUER & FELD LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
|---|---|
| By:  */s/* Richard J. Rabin | By:  */s/* Harris M. Mufson |
| Richard J. Rabin | Harris M. Mufson |
| Michael Kahn | Lee R. Crain |
| Katherine Porter | Kelly Herbert |
| One Bryant Park | Amanda L. LeSavage |
| New York, New York 10036 | 200 Park Avenue |
| (212) 872-1000 | New York, NY 10166 |
| rrabin@akingump.com | (212) 351-3805 |
| mkahn@akingump.com | hmufson@gibsondunn.com |
| kporter@akingump.com | |
| | Jason C. Schwartz (admitted *pro hac vice*) |
| Robert G. Lian, Jr. (admitted *pro hac vice*) | Ryan C. Stewart (admitted *pro hac vice*) |
| Katherine I. Heise (admitted *pro hac vice*) | Amanda C. Machin (admitted *pro hac vice* |
| 2001 K Street, N.W. | Catherine McCaffrey |
| Washington, D.C. 20006 | Nicole Santora |
| (202) 887-4358 | 1700 M Street, NW |
| blian@akingump.com | Washington, DC 20036 |
| kheise@akingump.com | jschwartz@gibsondunn.com |
| | |
| Laura P. Warrick (admitted *pro hac vice*) | Karl G. Nelson (admitted *pro hac vice*) |
| 2300 N. Field St., Suite 1800 | Rachel W. Robertson (admitted *pro hac vic* |
| Dallas, TX 75201 | Brian Richman |
| (214) 969-2800 | 2001 Ross Avenue, Suite 2100 |
| lwarrick@akingump.com | Dallas, TX 75201 |
| | (214) 698-3100 |
| *Attorneys for Defendants Howden US Services, LLC and Howden US Specialty, LLC* | knelson@gibsondunn.com |
| | *Attorneys for Plaintiffs* |

3

**DORSEY & WHITNEY LLP**

By:  /s/ Jeremy E. Deutsch
Jeremy E. Deutsch
Krista E. Bolles
51 West 52nd Street
New York, NY 10019
(212) 415-9238
deutsch.jeremy@dorsey.com
bolles.krista@dorsey.com

Ryan E. Mick (admitted *pro hac vice*)
Kathryn A. Johnson (admitted *pro hac vice*)
50 South 6th Street, Suite #1500
Minneapolis, MN 55402
(612) 492-6613
mick.ryan@dorsey.com
johnson.kate@dorsey.com

*Attorneys for Andrea Amodeo, Carlos Serio,
Giovanni Perez, Janette Wilcox, Nathan
Collins, and Richard Lennerth*

**CARLTON FIELDS, P.A.**

By:  /s/ Michael L. Yaeger
Michael L. Yaeger
730 3rd Ave., 19th Fl.
New York, NY 10017
(212) 785-2577
myaeger@carltonfields.com

Kevin P. McCoy (admitted *pro hac vice*)
David R. Wright (admitted *pro hac vice*)
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33603
(813) 223-7000
kmccoy@carltonfields.com
dwright@carltonfields.com

Steven J. Brodie (admitted *pro hac vice*)
700 NW 1st Avenue, Ste. 1200
Miami, FL 33136
(305) 539-7302
sbrodie@carltonfields.com

*Attorneys for Alfred Gronovius*

4

5

**IT IS SO ORDERED** this _____ day of _____, 2026.

_____
THE HONORABLE GARY STEIN
United States Magistrate Judge