**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARSH USA LLC,

                        Plaintiff,

              -against-

ALFRED GRONOVIUS, *et al.,*

                    Defendants.
-----------------------------------------------------------------X

**25 Civ. No. 9130 (JLR) (GS)**

**<u>VIDEO DISCOVERY</u>**
**<u>CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Wednesday, June 24, 2026 at 2:00 p.m.** to discuss to discuss Plaintiff's discovery requests  Counsel for the parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [230 910 194 403 260]  Passcode: [hD3Zz26o]**

      **SO ORDERED**.

DATED:    New York, New York
           June 29, 2026

                                      _____
                                      The Honorable Gary Stein
                                      United States Magistrate Judge