**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARSH USA LLC,

                                    Plaintiff,                              **25 Civ. No. 9130 (JLR) (GS)**

                    -against-
                                                                            **AMENDED VIDEO**
ALFRED GRONOVIUS, *et al.,*                                                 **DISCOVERY**
                                                                            **CONFERENCE ORDER**

                                    Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Discovery Conference on **Friday, July 17, 2026 at**

**3:00 p.m.**  to discuss to discuss Defendant Howden's discovery requests  Counsel for the parties

are directed to join the conference via Microsoft Teams at the scheduled time using the following

link: Click here to join the meeting.  **Meeting ID: [230 910 194 403 260]  Passcode:**

**[hD3Zz26o]**

        **SO ORDERED.**

DATED:        New York, New York
              June 30, 2026

                                                        _____
                                                        The Honorable Gary Stein
                                                        United States Magistrate Judge