**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARSH & MCLENNAN COMPANIES, INC., MARSH USA LLC, MERCER (US) LLC, and MARSH & MCLENNAN AGENCY LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>HOWDEN GROUP HOLDINGS LIMITED, HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, AND RICHARD LENNERTH,<br><br>*Defendants*. | Case No. 1:25-cv-9130-JLR |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Angelique Kaounis for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of California and that her contact information is as follows:

Angelique Kaounis
GIBSON, DUNN & CRUTCHER LLP
2000 Avenue of the Stars, Suite 1200N
Los Angeles, CA 90067-4700
Telephone: 310.552.8546
Facsimile: 310.552.7026
akaounis@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel to Plaintiffs in the above-captioned action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 11, 2026

THE HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE