**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARSH & MCLENNAN COMPANIES INC., MARSH USA LLC, MERCER (US) LLC, and MARSH & MCLENNAN AGENCY LLC,

Plaintiffs,

v.

ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, RICHARD LENNERTH, HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, and HOWDEN GROUP HOLDINGS LIMITED,

Defendants.

No. 1:25-CV-9130 (JLR)(GS)

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth hereby move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil for an order dismissing, with prejudice, the claims in Plaintiffs' Second Amended Complaint for (i) tortious interference with business relationships (Count X); (ii) civil conspiracy (Count XI); (iii) breach of the faithless servant doctrine (Count IV); (iv) unfair competition (Count V); (v) conversion (Count VI); (vi) aiding and abetting breach of fiduciary duty (Count XII); and aiding and abetting breach of the duty of loyalty (Count XIII), and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
August 14, 2026

**DORSEY & WHITNEY LLP**

By: *<u>/s/ Jeremy E. Deutsch</u>*
Jeremy E. Deutsch
Krista E. Bolles
1301 Avenue of the Americas
New York, NY 10019
(212) 415-9238
deutsch.jeremy@dorsey.com
bolles.krista@dorsey.com

-and-

Kathryn A. Johnson (*pro hac vice*)
50 South 6th Street, Suite #1500
Minneapolis, MN 55402
(612) 492-6613
johnson.kate@dorsey.com

*Attorneys for Defendants Andrea Amodeo, Carlos Serio, Giovanni Perez, Janette Wilcox, Nathan Collins, and Richard Lennerth*