UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN COMPANIES INC., MARSH USA LLC, MERCER (US) LLC, AND MARSH & MCLENNAN AGENCY LLC,

Plaintiffs,

v.

ALFRED GRONOVIUS, ANDREA AMODEO, CARLOS SERIO, GIOVANNI PEREZ, JANETTE WILCOX, NATHAN COLLINS, RICHARD LENNERTH, HOWDEN US SERVICES, LLC, HOWDEN US SPECIALTY, LLC, HOWDEN GROUP HOLDINGS LIMITED,

Defendants.

Case No. 1:25-cv-9130 (JLR)

**Oral Argument Requested**

**DEFENDANT ALFRED GRONOVIUS'S NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Defendant Alfred Gronovius, by and through undersigned counsel, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Second Amended Complaint because certain of the causes of action set forth in it fail to state a claim for relief.

In support of this motion, Defendant submits the accompanying memorandum of law.

Dated: August 14, 2026

By: */s/Kevin P. McCoy*
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
(T): 813.229.4272
(F): 813.229.4113

kmccoy@carltonfields.com

Michael L. Yaeger
730 Third Avenue, 19th Floor
New York, New York 10174
(T): 212.380.9623
(F): 212.785.5203
myaeger@carltonfields.com

Steven J. Brodie
CARLTON FIELDS, P.A.
2 Miami Central
700 NW 1st Avenue, Suite 1200
Miami, FL 33136
(T): 305.539.7302
(F): 305.530.0055
sbrodie@carltonfields.com

*Attorneys for Defendant Alfred Gronovius*