Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

**Richard J. Rabin**
+1 212.872.1086/fax: +1 212.872.1002
rrabin@akingump.com

August 28, 2026

VIA ELECTRONIC COURT FILING

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

The Howden Defendants' request is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 283 and unseal the documents at Dkts. 284 and 285.

**SO ORDERED.**

Dated: August 31, 2026
New York, New York

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Marsh USA LLC et al. v. Gronovius et al.*, No. 25-cv-9130-JLR (S.D.N.Y.) – Withdrawal of Letter Motion to Seal Answers to Second Amended Complaint

Dear Judge Rochon:

We write on behalf of the defendants, Howden US Services, LLC and Howden Specialty, LLC (collectively, "Howden"), and Howden Group Holdings Limited ("HGH") (Howden and HGH collectively, "the Howden Defendants"), to withdraw our letter motion to provisionally seal the Howden Defendants' respective Answers (Dkt. 283), and respectfully request that the Court unseal those documents at Dkts. 284 and 285.

The Howden Defendants sought provisional sealing of the Answers out of an abundance of caution, due to the fact that both Answers refer to testimony from the July 21, 2026 deposition of former Marsh President and CEO, Martin South. The deadline to seek permanent sealing or redaction has passed without a motion by Plaintiffs.[1]

Plaintiffs have also confirmed that they do not object to unsealing of the Answers.

Respectfully submitted,

*/s/ Richard J. Rabin*
Richard J. Rabin

[1] See Section 4(B)(iii)(a) of the Court's Individual Practices.