**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARSH USA LLC,

Plaintiff,

-against-

ALFRED GRONOVIUS, *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 9130 (JLR) (GS)**

**VIDEO DISCOVERY CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Discovery Conference on **Wednesday, September 16, 2026 at 11:00 a.m.** Counsel for the parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [220 888 129 651 890] Passcode: [pb9VX3ra]**

**SO ORDERED.**

DATED: New York, New York
September 3, 2026

The Honorable Gary Stein
United States Magistrate Judge