**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

MARSH USA LLC,

Plaintiff,

-against-

PARRISH, *et al.*,

Defendants.

---------------------------------------------------------------------X

**25 Civ. 6208 (GBD) (GS)**

**ORDER**

MARSH USA LLC, *et. al.*,

Plaintiffs,

-against-

GRONOVIUS, *et al.*,

Defendants.

---------------------------------------------------------------------X

**25 Civ. 9130 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On October 27, 2026, the Court held a conference on several letter motions in the above captioned actions coordinated for discovery. (*See Parrish*, Dkt. Nos. 281, 303; *Gronovius*, Dkt. Nos. 322, 338, 339, 355, 359). The Court issued the following rulings for the reasons set forth at the conference:

Plaintiffs' Letter Motion Seeking Outstanding Discovery

Plaintiffs' September 18, 2026 letter motion to compel production of outstanding discovery materials is **GRANTED IN PART** and **DENIED IN PART.** Defendant Gronovius shall run Plaintiffs' search terms and, to the extent Gronovius still objects, provide hit reports to Plaintiffs. Plaintiffs' request, as set forth in their letter and clarified at the conference, that certain Individual Defendants conduct broad searches for and produce documents dated after September 19, 2025 in the case of Parrish, Lugones, and Lynn, and November 14, 2025 in the case of Gronovius, is **DENIED**. With respect to the discovery requests directed to the Howden

Defendants as to which Plaintiffs are seeking more fulsome briefing (*see Gronovius*, Dkt. No. 322 at 2–3), Plaintiffs are directed to meet and confer with the Howden Defendants about these issues in light of the discussion at the conference. To the extent disputes remain, Plaintiffs shall file a letter-brief, of not more than eight single-spaced pages, in support of their requests by no later than November 4, 2026. Defendants shall file their response, also limited to eight single-spaced pages, by November 11, 2026.

Howden's Letter Motion to Enforce the Deposition Schedule

The Howden Defendants' October 12, 2026 letter motion for a Court order enforcing the parties' deposition schedule is **DENIED**.

Howden's Letter Motion to Compel Plaintiffs to Run Search Terms

The Howden Defendants' October 12, 2026 letter motion to compel Plaintiffs to run additional search terms, as set forth in their letter, is **DENIED**.

Plaintiffs' Letter Motion to Compel Production of Call Logs

Plaintiffs' October 22, 2026 letter motion to compel Defendants and certain non-party individuals to produce carrier-issued call records is **GRANTED IN PART** and **DENIED IN PART**. Defendants and non-parties shall produce carrier-issued call records limited to the specific phone numbers and names provided by Plaintiffs from the relevant start date through September 30, 2025. Records concerning other calls may be redacted.

Letter Motion for a Protective Order

Based on representations at the conference, the October 23, 2026 letter motion, filed on behalf of various individual Defendants and non-parties, for a protective order regarding subpoenas to AT&T and other phone carriers is **DENIED** as moot.

The Clerk of the Court is respectfully directed to close the open motions at *Parrish*, Dkt. Nos. 281, 303, and *Gronovius*, Dkt. Nos. 322, 338, 339, 355, 358 and 359.

**SO ORDERED.**

DATED: New York, New York
October 30, 2026

The Honorable Gary Stein
United States Magistrate Judge